**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERY VAN WRIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13426-WBV-JVM** |
| **HORNBECK OFFSHORE SERVICES, LLC, ET AL.** | **SECTION: D(1)** |

**ORDER**

Before the Court is a Motion for Summary Judgment, filed by Hornbeck Offshore Services, LLC and Anadarko Petroleum Corporation (collectively, "Defendants").[1] Plaintiff opposes the Motion,[2] and Defendants have filed a Reply.[3]

Because the Court finds that there are genuine issues of material fact in dispute in this case, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment[4] is **DENIED.** The Fifth Circuit has instructed that, "In general, the question whether an alleged tortfeasor exercised reasonable care under the circumstances is appropriately left for the jury to decide."[5] "Thus, a court will grant summary judgment in a negligence case only in 'rare circumstances.'"[6] The Court finds this jurisprudence especially applicable in this case where Defendants dedicate a significant portion of their Motion for Summary Judgment raising questions

[1] R. Doc. 43.
[2] R. Doc. 59.
[3] R. Doc. 70.
[4] R. Doc. 43.
[5] *Callahan v. Gulf Logistics, LLC*, 456 Fed.Appx. 385, 391 (5th Cir. 2011) (citing *Man Roland, Inc. v. Kreitz Motor Express, Inc.*, 438 F.3d 476, 482 (5th Cir. 2006); *Randolph v. Laeisz*, 896 F.2d 964, 971 (5th Cir. 1990)).
[6] *Parekh v. Argonautica Shipping Investments B.V.*, Civ. A. No. 16-13731 c/w 16-14729, 2018 WL 295498, at *4 (E.D. La. Jan. 4, 2018) (citing authority) (Morgan, J.).

regarding Plaintiff's credibility and casting doubt on the veracity of Plaintiff's claims regarding his December 14, 2018 fall and resulting injuries.[7] Determinations of credibility are not appropriate for consideration on a motion for summary judgment. Defendants may present relevant evidence regarding such issues during the trial, which will be determined by the jury at the appropriate time.

New Orleans, Louisiana, May 10, 2021.

**WENDY B. VITTER**
**United States District Judge**

[7] Specifically, Sections IV, V, VI, VII, and VIII of R. Doc. 43-1.